**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Robert Daniel Satala, | ) | CIV 08-8137-PCT-MHM (MHB) |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Dora B. Schriro, et al., | ) | |
| Respondents. | ) | |

Petitioner Robert Daniel Satala, who is confined in the Arizona State Prison Complex-Eyman, has filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Doc. #1.) Pending before the Court is Petitioner's Motion for Reconsideration (Doc. #19). Petitioner requests that the Court reconsider its Order granting him until June 11, 2009 to file a reply. Petitioner seeks an additional 6 days – until June 17, 2009 – to file a reply.

Motions for reconsideration should be granted only if the court is presented with newly discovered evidence, committed clear error or the initial decision was manifestly unjust, or if there is an intervening change in controlling law. Plaintiff has failed to demonstrate that any of these grounds exist. As such, Petitioner's motion will be denied. The Court will, however, in its discretion, allow Petitioner an additional 6 days – until June 17, 2009 – to file a reply.

\\\
\\\
\\\
\\\

| | |
|---|---|
| 1 | **IT IS ORDERED** that Petitioner's Motion for Reconsideration (Doc. #19) is **DENIED**; Petitioner, however, shall file his reply to Respondents' Answer to Petition for Writ of Habeas Corpus no later than June 17, 2009. |

  **IT IS ORDERED** that Petitioner's Motion for Reconsideration (Doc. #19) is **DENIED**; Petitioner, however, shall file his reply to Respondents' Answer to Petition for Writ of Habeas Corpus no later than June 17, 2009.

  DATED this 11th day of June, 2009.

  */s/ Michelle H. Burns*
  Michelle H. Burns
  United States Magistrate Judge