**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Daniel Satala,<br><br>    Petitioner,<br><br>vs.<br><br>Dora B. Schriro, et al.,<br><br>    Respondents. | CIV 08-8137-PCT-MHM (MHB)<br><br>**ORDER** |

Petitioner Robert Daniel Satala, who is confined in the Arizona State Prison Complex-Eyman, has filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Doc. #1.) Pending before the Court is Petitioner's Motion for Extension of Time (Third Request) (Doc. #21). Petitioner requests that the Court grant him an additional thirty (30) days to file a reply. Petitioner asks for the additional time because of inmate transfers, presumably involving him, that are occurring due to the reclassification of his housing unit.

The Court in its discretion, will allow Petitioner an additional 30 days from the date of his request (June 10, 2009) until July 10, 2009 – to file a reply. No further extensions will be granted without a showing of good cause, supported by specific facts demonstrating why in the exercise of due diligence, a reply could not be filed in time.

DATED this 17th day of June, 2009.

/s/ Michelle H. Burns
Michelle H. Burns
United States Magistrate Judge